

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS, | § | No. 08-14-00054-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 6 |
| | § | |
| LAURA G. RODRIGUEZ, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC#2010-1710) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs, both in this Court and the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF OCTOBER, 2017.

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Hughes, J., and Larsen, J. (Senior Judge)
Hughes, J., not participating
Larsen, J. (Senior Judge), sitting by assignment